MAX GOTTFRIED, APPELLANT, v. MORRIS GOTTFRIED, RESPONDENT; AND ALBERT W. MOGE, DEFENDANTS.

Submitted May 31, 1929—Decided February 3, 1930.

For the appellant, *John W. Palmer.*

For the respondent, *Samuel D. Williams.*

The opinion of the court was delivered by

PARKER, J. This appeal will be dismissed. The record, as disclosed by the printed case laid before us, shows that the two defendants were charged as joint tort feasors, and that at the trial a nonsuit was ordered as to the defendant Gottfried; but there is nothing to show that any judgment was rendered as to the defendant Moge.

The rule is that writ of error (or appeal tantamount thereto) will not lie unless there has been a final disposition of the case, not only as to all the issues, but also as to all the parties. 3 *C. J.* 462, 464. As to issues, see *Sautter* v. *Order of Heptasophs,* 74 *N. J. L.* 608, and cases cited. The cases in this state on parties, are *Young* v. *Board of Education,* 84 *Id.* 770, and *Wheat* v. *Public Service Gas Co.,* 97 *Id.* 584.

*For dismissal*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.